ATTACHMENT A

AFFIDAVIT of

Special Agent Joshua Evans

Drug Enforcement Administration

Bristol, Virginia

1. I, Special Agent Joshua Evans, being duly sworn, hereby depose and say:

2. The purpose of this affidavit is to secure an arrest warrant for James Christopher HUTTON for a violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), which relates to knowing and intentionally possessing with the intent to distribute 50 grams or more of methamphetamine (actual), a Schedule II Controlled Substance.

3. I am a Special Agent with the Drug Enforcement Administration ("DEA") and have been so employed for approximately thirteen years. During that employment, I have received comprehensive classroom and field training from the DEA in specialized investigative matters including, but not limited to, drug interdiction, drug detection, money laundering techniques and schemes, smuggling, and the investigation of individuals and organizations involving in smuggling, cultivation, manufacturing, and illicit trafficking of controlled substances and controlled substance precursors. I have participated in the investigations and subsequent arrests of numerous individuals involved in a variety of criminal activities, including crimes associated with obstruction of justice.

4. The facts set forth in this affidavit are known to me as a result of my participation in the investigation of HUTTON and information provided to me by other law

1

enforcement officers. The information set forth in the affidavit is intended to establish probable cause for arrest and the issuance of an arrest warrant, but this affidavit does not include all of the information known to me about this matter.

5. In or about September 2025, law enforcement obtained a search warrant for real time location data on the phone utilized by HUTTON. The search warrant was based on Confidential Source (CS) information and jail messages between HUTTON and an inmate, B.M. The information and messages outlined probable cause that HUTTON was traveling to West Virginia to acquire distribution quantities of methamphetamine from sources of supply and transporting the methamphetamine to the Western District of Virginia for the purpose of redistributing the drugs to individuals in the Western District of Virginia.

6. Law enforcement began monitoring the real time location data of HUTTON's phone and observed travel patterns consistent with travel to West Virginia.

7. On or about November 2, 2025, law enforcement observed HUTTON's real time location data pattern travel to West Virginia and return to Washington County, Virginia. Law enforcement conducted a traffic stop on a 2017 Dodge Ram 1500 pick-up truck that had been previously identified as a vehicle belonging to HUTTON and that was being driven by HUTTON that evening. A law enforcement narcotics K-9 was utilized on HUTTON's truck during the traffic stop resulting in a positive alert. A search of the vehicle resulted in the finding of approximately 432 grams of methamphetamine and 33 grams of suspected crack cocaine. The methamphetamine was later sent to the DEA Mid-Atlantic Laboratory for analysis and tested positive for Methamphetamine Hydrochloride and was approximately $94\% \pm 6\%$ pure.

8. On that same day, law enforcement conducted a recorded, post-*Miranda* interview with HUTTON who said he had gone to Bluefield (West Virginia) to pick up a pound of methamphetamine from a girl he knew and was returning that evening with it. HUTTON also said that he had picked up a pound of methamphetamine from the girl in Bluefield multiple times in the past. HUTTON further said that he had been bringing the methamphetamine from Bluefield to the local area and selling it and that he had quite a few customers. HUTTON said that he would sell a pound in about a month and that he sold customers whatever they wanted.

9. Law enforcement obtained a search warrant for HUTTON's residence located at 20059 Klondyke Road, Damascus, Virginia. The search warrant was executed in the early morning hours of November 3, 2025. During a search of the residence, Law enforcement found approximately 3.47 grams of methamphetamine in a bedroom of the residence and approximately 130 grams of methamphetamine in a wooden chest in the living room of the residence. Law enforcement also found seven firearms inside the residence. The methamphetamine was sent to the DEA Mid-Atlantic laboratory for analysis and tested positive for Methamphetamine Hydrochloride. The methamphetamine found in the wooden chest was approximately 98% ± 7% pure.

10. Based upon the facts set forth above, I respectfully submit that there is probable cause for the issuance of an arrest warrant charging James Christopher HUTTON with a violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), for possessing with intent to distribute 50 grams or more of methamphetamine (actual). Accordingly, I respectfully request the issuance of an arrest warrant for HUTTON.

11. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_____
Joshua Evans
Special Agent, Drug Enforcement Administration

SWORN AND SUBSCRIBED TO TELEPHONICALLY
THIS 6th DAY OF FEBRUARY, 2026.

_____
**THE HONORABLE C. KAILANI MEMMER**
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF VIRGINIA

Reviewed by: AUSA Carrie Macon